IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:09-00013 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| DONNY RAY BROWN | ) |

==Motion GRANTED. Hearing reset for 5/29/13 at 11:00 a.m.==

*[Signature: Judge Trauger]*

### DEFENDANT DONNY RAY BROWN'S MOTION TO CONTINUE HEARING

Defendant, Donny Ray Brown, respectfully requests that this Honorable Court continue the Hearing currently scheduled for May 7, 2013. The parties are attempting to resolve this matter without a hearing. The parties need additional time to negotiate. The Assistant United States Attorney handling this matter has no objection to a continuance of the hearing.

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney For Donny Brown

1